IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LULA EDWARDS,

      Plaintiff,

vs.                                     CIV No. 1:21-00102-KRS

ANDREW SAUL,
**Commissioner of Social Security,**

      Defendant.

## ORDER GRANTING EXTENSION

THIS MATTER having come before the Court upon Defendant's Unopposed Motion for Extension of Time to File the Electronic Certified Administrative Record and Answer to Plaintiff's Complaint (Doc. 13), it being stated that Plaintiff concurs in the granting of the motion, the Court having read the motion and being fully advised in the premises finds that there is good cause for granting the motion.

IT IS THEREFORE ORDERED that Defendant is granted through August 2, 2021, to file his answer or otherwise respond to Plaintiff's Complaint.

                                                              _/s/ Kevin Sweazea_
                                                               KEVIN R. SWEAZEA
                                                               United States Magistrate Judge

SUBMITTED AND APPROVED BY:

_Electronically submitted 05/29/2021_
M. THAYNE WARNER
Special Assistant United States Attorney

_Electronically approved 05/29/2021_
BENJAMIN E. DECKER
Attorney for Plaintiff