IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LULA EDWARDS,

    Plaintiff,

v.   No. 2:21-CV-102 KRS

KILOLO KIJAKAZI,
Acting Commissioner of Social Security Administration,

    Defendant.

ORDER TO SHOW CAUSE

This matter is before the Court *sua sponte*. Plaintiff filed a Complaint on February 8, 2021, appealing the final decision of the Social Security Administration, which denied her claim for benefits. (Doc. 1). On August 2, 2021, the Court set a briefing schedule and ordered Plaintiff to file a Motion to Reverse or Remand Administrative Agency Decision no later than October 1, 2021. (Doc. 19). Pursuant to Plaintiff's Motion for Extension of Time, the Court extended Plaintiff's deadline to October 31, 2021. (Docs. 20, 21). Plaintiff has neither filed a Motion to Remand nor requested an extension of time to do so. A district court has inherent power to dismiss a case *sua sponte* for failure to prosecute or for failure to comply with a court order. *See Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-31 (1962); *Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003).

IT IS THEREFORE ORDERED that **on or before November 10, 2021**, Plaintiff shall either file a Motion to Reverse or Remand Administrative Agency Decision with a supporting memorandum of law, or file a response to this Order showing cause why this case should not be dismissed without prejudice for failure to prosecute.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE