IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LULA EDWARDS,

    Plaintiff,

v.                        No. 2:21-CV-102 KRS

KILOLO KIJAKAZI,
Acting Commissioner of Social Security Administration,

    Defendant.

## ORDER QUASHING ORDER TO SHOW CAUSE AND SETTING BRIEFING DEADLINES

THIS MATTER is before the Court on its Order to Show Cause, in which the Court ordered Plaintiff to file a Motion to Reverse or Remand or otherwise show cause why this case should not be dismissed for failure to prosecute.  (Doc. 22).  On November 5, 2021, Plaintiff filed a Motion to Reverse or Remand, in compliance with the Court's Order to Show Cause.

IT IS THEREFORE ORDERED that the Court's Order to Show Cause is QUASHED.

IT IS FURTHER ORDERED that Defendant shall file a response to the Motion to Reverse or Remand **on or before January 4, 2022**, and Plaintiff may file a reply **on or before January 18, 2022**.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE