**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**LULA EDWARDS,**

      **Plaintiff,**

      **vs.**                                      **CIV. NO. 1:21-cv-00102-KRS**

**KILOLO KIJAKAZI,
Acting Commissioner of
Social Security,**

      **Defendant.**

## ORDER

Defendant, the Commissioner of Social Security ("Commissioner"), by and through her counsel, has filed an unopposed motion with this Court, pursuant to 42 U.S.C. § 405(g), to enter a judgment with an order of reversal with remand of the case to the Commissioner for further administrative proceedings.

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further proceedings, this Court hereby REVERSES the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a REMAND to the Commissioner for further administrative proceedings.  *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

THE HONORABLE KEVIN R SWEAZEA
UNITED STATES MAGISTRATE JUDGE