IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LULA EDWARDS,

    Plaintiff,

vs.                                    CIV. NO. 1:21-cv-0102 KRS

KILOLO KIJAKAZI,
**Acting Commissioner of Social Security,**

    Defendant.

## JUDGMENT

Having granted Defendant's Unopposed Motion to Remand to Agency in an order entered concurrently herewith, in accordance with Federal Rule of Civil Procedure 58,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE