IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LULA EDWARDS,

    Plaintiff,

v.                              Case No. 1:21-cv-00102-KRS

KILOLO KIJAKAZI,
Acting Commissioner of the Social Security Administration,

    Defendant.

**STIPULATED ORDER GRANTING PLAINTIFF'S
UNOPPOSED MOTION FOR ATTORNEY FEES AND COSTS
PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT**

THIS MATTER is before the Court on Plaintiff's unopposed Motion for Attorneys Fees and Costs Pursuant to the Equal Access to Justice Act filed on 02/02/2022 (Doc. 32), in which the parties stipulate to awarding Plaintiff attorney's fees and costs under the Equal Access to Justice Act in the amount of $3,916.20 and $0.00, respectively.

IT IS THEREFORE ORDERED that Plaintiff be awarded $3,916.20 in attorney fees and $0.00 in costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). See *Astrue v. Ratliff*, 560 U.S. 586, 591–93 (2010) (EAJA fees are paid to the prevailing party, not the attorney).

IT IS FURTHER ORDERED that if Plaintiff's counsel receives attorney fees under both EAJA and 42 U.S.C. § 406(b), Section 206(b) of the Social Security Act, Plaintiff's counsel shall refund the smaller award to Plaintiff pursuant to *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986).

_____
KEVIN R SWEAZEA
UNITED STATES MAGISTRATE JUDGE

RESPECTFULLY SUBMITTED BY:

*/s/*

_____
Benjamin Eilers Decker
Decker Law Office, LLC
P.O. Box 92740
Albuquerque, NM 87199
P (505) 369-6272
F (505) 859-7713
ben@deckerlawoffice.com
*Attorneys for Plaintiff Lula Edwards*


APPROVED BY:

*/s/ by email 02/02/2022*

_____
Allan D Berger
Special Assistant United States Attorney
Social Security Administration
Office of the General Counsel, Region VIII
1961 Stout Street, Suite 4169
Denver, CO 80294-4003
P (303) 844-2149
allan.berger@ssa.gov